UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
ATTORNEYS FOR DEFENDANTS
58 South Service Road, Suite 410
Melville, New York  11747
(631) 247-0404
    ROGER H. BRITON, ESQ.
    GERALD C. WATERS, JR. ESQ.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 2/4/14

-----------------------------------------------------------x

LUIS RAMIREZ,

                Plaintiff,

-against-

M & D LANDSCAPING AND
GARDENING CORP., M & D NURSERY &
EQUIPMENT CORP., GERARDO
MASTROGIULIO, CARMINE
MASTROGIULIO, and DEE BATTALGLIA
as aidor and abettor,

                Defendants.

-----------------------------------------------------------x

Civ. No.: 12 CV 6628

**ORDER APPROVING
SETTLEMENT AND
DISMISSING ACTION**

      This matter is before the Court upon the Plaintiff, Luis Ramirez and Defendants M&D Landscaping and Gardening Corp., M&D Nursery & Equipment Corp., Gerardo Mastrogiulio, Carmine Mastrogiulio and Dee Battalglia (collectively "Defendants") joint request to approve settlement. This Court has reviewed the proposed settlement agreement along with the Parties joint submission in support of this request and has determined that the proposed settlement occurred as a result of contested litigation, which was highly adversarial in nature and that the settlement proposed represents a reasonable compromise over contested issues.

Accordingly, IT IS HEREBY ORDERED that the settlement agreement entered into between Plaintiff and the Defendants is hereby approved; and

IT IS FURTHER ORDERED that this matter is dismissed with prejudice and without costs, interest or attorney fees; and

IT IS FURTHER ORDERED that the Court retains jurisdiction to enforce the terms of the settlement agreement.

Dated: February 3, 2014

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

4830-9066-9333, v. 1